UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:   17-21938-CIV-MARTINEZ-OTAZO-REYES**

YUNET IBARRA GUERRA, and all others
similarly situated under 29 U.S.C. 216(b),
      Plaintiff,

vs.

TROPICAL FALLS, INC., DAVID BRYAN,
MANUEL CLARO,
      Defendants.

_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.  The Court notes that this is a Fair Labor Standards Act case, in which Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the parties are **ORDERED** to comply with the following procedures:

1.     Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within twenty (20) days from the date below.  Plaintiff shall promptly serve a copy of this notice and the statement on each Defendant's counsel when counsel for a Defendant first appears in the case or at the time of filing if a Defendant's counsel has already appeared in the case.

2.     Each Defendant shall file a response within fifteen (15) days of receiving service of Plaintiff's statement, setting forth in detail any defenses to Plaintiff's claims.

3.     Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

     DONE AND ORDERED in Chambers at Miami, Florida, this \_\_ day of June, 2017.

                                             JOSE E. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record