# FLORIDA VEHICLE REGISTRATION

| PLATE | DECAL | Expires |
|---|---|---|
| ESGR74 | 02298643 | Midnight Tue 02/6/2018 |

| | | | COLOR | BLK |
|---|---|---|---|---|
| YR/MK | 2011/DODG | BODY | PK | TITLE | 107333107 |
| VIN | 1D7RB1GP6BS507007 | | | |
| Plate Type | RGS | NET WT | 3835 | |

DL/FEID  G635788410460
Date Issued 12/27/2016    Plate Issued 12/29/2015

SIDNEY HAROLD GARDNER
821 NE 158 ST
NORTH MIAMI BEACH, FL 33162-5209

RGS - SUNSHINE STATE

CO/AGY  1  / 15       T# 941152619
                      R# 9615067

Reg. Tax          43.10   Class Code       31
Init. Reg.                Tax Months       12
County Fee         3.00   Back Tax Mos      0
Mail Fee           0.75   Credit Class
Sales Tax                 Credit Months     0
Voluntary Fees
Grand Total       46.85

## IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

